FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CHERYL JENNEN,

         Plaintiff,

vs.

THOMAS J RUSSELL, et al,

         Defendants.

No. CV-05-170-AAM

**ORDER OF DISMISSAL**

    In an order filed October 4, 2005, plaintiff was directed to show cause in writing within ten (10) days why this action should not be dismissed without prejudice for failure to timely effect service. Fed. R. Civ. P. 4(m). She has not filed anything in response. Accordingly, this action is **DISMISSED without prejudice** and this file shall be **CLOSED**.

    **IT IS SO ORDERED**. The District Executive is directed to enter this order and forward a copy to counsel for plaintiff.

    **DATED** this ____ of October, 2005.

                /s/ Alan A. McDonald
                ALAN A. McDONALD
                Senior United States District Judge

**ORDER OF DISMISSAL-**    1